```
                                    FILED
                            CLERK U.S. DISTRICT COURT

                                 FEB - 6 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RUSSELL ROSENBERGER,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA BARBARA COUNTY, et al.,<br><br>    Defendants. | Case No. CV 06-3721 GAF(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that the Complaint and this action are dismissed.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the United States Magistrate Judge's Report and Recommendation by United States mail on Plaintiff and on any counsel for Defendants.

IT IS SO ORDERED.

DATED: 2/6/08

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE