FILED
CLERK U.S. DISTRICT COURT

FEB - 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RUSSELL ROSENBERGER,<br><br>  Plaintiff,<br><br>  v.<br><br>SANTA BARBARA COUNTY, et al.,<br><br>  Defendants. | Case No. CV 06-3721 GAF(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and this action are dismissed.

IT IS SO ORDERED.

DATED: 2/6/08

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE